IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
DORA L. ADKINS,
P.O. BOX 3825
MERRIFIELD, VA 22116
      Plaintiff (*pro se*),

           V.    CIVIL ACTION NO.:

DRIFTWOOD SPEICAL SERVICING, LLC
CORPORATION SERVICE COMPANY
Registered Office Address:
100 Shockoe Slip Fl 2,
Richmond, VA, 23219 - 4100, USA
      Defendant.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

2022 JAN -5 P 3: 02

## MOTION FOR LEAVE FROM THE COURT TO FILE AN EMERGENCY COMPLAINT

Plaintiff is kindly submitting and/or requesting a "Motion for Leave from the Court to File an Emergency Complaint," because of the Court's required Pre-Filing Injunction against the Plaintiff.

A copy of "An Emergency Complaint," against the Defendant, Driftwood Special Servicing, LLC.is attached along with the listed Exhibits for Proof of Evidence. The Complaint includes Count #1: Intentional Infliction of Emotional Distress; Count #2: Gross Negligence; and a Claim for Punitive Damages are Warranted as a *Prima Facie Case* Cause of Action.

1

Respectfully Yours,

*Dora L. Adkins*

Dora L. Adkins, *pro se*

### CERTIFICATE OF SERVICE:

I certify that on January 5, 2022, I filed a "Motion for Leave from the Court to File an Emergency Complaint," and "An Emergency Complaint," along with the listed Exhibits against the Defendant, Driftwood Special Servicing, LLC.

**REGISTERED OFFICE ADDRESS**:
CORPORATION SERVICE COMPANY
Registered Office Address:
100 Shockoe Slip Fl 2,
Richmond, VA, 23219 - 4100, USA

**PRINCIPAL OFFICE ADDRESS**:
11770 N US HWY 1 STE 202,
NORTH PALM BEACH, FL, 33408 - 0000, USA

**PHYSICAL ADDRESS**:
The Westin Tysons Corner
7801 Leesburg Pike
Falls Church, VA 22043
(703) 893-1340

Mik Mahdavi
General Manager
THE WESTIN TYSONS CORNER
7801 Leesburg Pike
Falls Church, VA 22043

2

USA
westin.com/tysonscorner
D +1 703.394.2121
T +1 703.893.1340
F +1 703.893.3479

Respectfully Yours,

*Dora L. Adkins* (signature)

Dora L. Adkins, *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,

      Plaintiff,

                v.     Civil Action No.:

DRIFTWOOD SPEICAL SERVICING, LLC

      Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Executed on January 5, 2022 (Date)

**OR**

Dora L. Adkins

(Name of Attorney)

No Telephone Number

(Telephone Number of Attorney)

Prepared or assisted in preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

*/s/ Dora L. Adkins/*

Signature of Pro Se Party (Print or Type)

Executed on January 5, 2022 (Date)