IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DORA L. ADKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Case No. Not Assigned |
| DRIFTWOOD SPEICAL SERVICING, | ) |
| LLC CORPORATION SERVICE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PRE-FILING ORDER

This matter is before the Court on Plaintiff's Motion for Leave from the Court to File an Emergency Complaint (the "Motion"). On October 1, 2021, this Court entered a Pre-Filing Injunction Order against Ms. Adkins in a separate case, *Adkins v. Hyatt Corp.*, 1:20-cv-1410-AJT-MSN, based on Ms. Adkins's "extensive history of filing unsubstantiated lawsuits for the alleged injuries connected to food or chemical poisoning." [Doc. No. 41] at 4. The Order also enjoined Ms. Adkins from filing any complaints in this court without pre-filing leave of this Court. *Id.*

In the present Complaint, attached to her Motion, Plaintiff alleges "an attempted premeditated murder of the Plaintiff by the Defendant" during her stay at the Defendant's Westin Tysons Corner hotel, located in Alexandria, Virginia, by way of "septic poisoning from a broken toilet inside [a] guest room," and is asking for $600,000,000 in compensatory and punitive damages.

The Court has reviewed the Complaint and Motion and finds Ms. Adkins's Complaint does not plausibly allege a cognizable claim and that leave of the Court is not warranted.  For that reason, it is

ORDERED that Plaintiff's Motion for Leave from the Court to File an Emergency Complaint  be, and the same hereby is, DENIED.

The Clerk is directed to mail a copy of the complaint to Plaintiff at the address listed on the Motion and Complaint.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 6, 2022