United States District Court for the Eastern District

of Virginia

FILED

File Number: No Case Number Assigned 2022 JAN 24 A 9: 32

DORA L. ADKINS

v. ) Notice of Appeal
)
)
)

DRIFTWOOD SPEICAL SERVICING, LLC

    Notice is hereby given that <u>Dora L. Adkins</u>, pro se, (<u>plaintiff</u>), (defendants) in the above-named case,* hereby appeal to the United States Court of Appeals for the <u>4th</u> Circuit (from the prefiling order) (denied Plaintiff's Motion for Leave from the Court to file an Emergency Complaint)) entered in this action on the <u>6th</u> day of <u>January, 2022</u>.

(s) *Dora L. Adkins*

Attorney for DORA L. ADKINS, PRO SE

Address: P.O. BOX 3825

MERRIFIELD, VA 22116

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]

---

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2016 SCC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,
    Plaintiff,

v.  Civil Action No.:

DRIFTWOOD SPEICAL SERVICING, LLC,
    Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Executed on January 24, 2022 (Date)

**OR**

Dora L. Adkins

(Name of Attorney)

No Telephone Number

(Telephone Number of Attorney)

Prepared or assisted in preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

*/s/ Dora L. Adkins*

Signature of Pro Se Party (Print or Type)

Executed on January 24, 2022 (Date)