*Dora L. Adkins v. Driftwood Servicing, LLC*
*1:22-CV-00109 AJT-IDD*

FILED

February 23, 2022

2022 FEB 23 A 9: 38

Dear Honorable Court:

There are helicopters flying over my vehicle wherever I am parked in my vehicle. Soon thereafter, there are individuals who attempt to approach the vehicle.

For example, on Tuesday, February 22, 2022, I was parked in Falls Church, VA and a helicopter flew over my vehicle numerous times. As soon as I drove to Vienna, VA the exact same happened. It is very unnerving and dangerous as in life threatening.

Sincerely,

Dora Adkins