FILED: February 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1118
(1:22-cv-00109-AJT-IDD)
_____

DORA L. ADKINS

    Plaintiff - Appellant

v.

DRIFTWOOD SPECIAL SERVICING, LLC

    Defendant - Appellee

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk