*Dora S. Adkins v. Ridgewood Special Servicing, LLC*
*1:22-CV-00109-AJT-IDD*

March 14, 2022

Dear Honorable Court:

This incident is unrelated to the Appeal before the 4th Circuit Court of Appeals.

On Friday, March 11, 2022, while sleeping in Guest Room #404 at the Tru Hotel, located in Sterling, VA, Guest Room #404 was sprayed with me inside the Guest Room with a Dust-like substance (allegedly a chemical). I sneezed 15-20-times afterward resulting into a severe migraine headache and EXTREME fear.

I reported this serious problem to Caroline (GM for Tru Hotel) who did not respond to the email nor an email previously sent. I stayed two additional days and nights because of the snowstorm. (*See*, Copy of the Email Sent to Caroline, GM).

Sincerely,

Dora Adkins