**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1118

DORA L. ADKINS,

        Plaintiff - Appellant,

  v.

DRIFTWOOD SPECIAL SERVICING, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00109-AJT-IDD)

Submitted:  April 14, 2022                                        Decided:  April 19, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her request for leave to file an emergency complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Driftwood Special Servicing, LLC*, No. 1:22-cv-00109-AJT-IDD (E.D. Va. Feb. 2, 2022). We grant Adkins' motions to amend or correct the opening brief and for leave to file a formatted informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*