FILED: April 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1118
(1:22-cv-00109-AJT-IDD)
_____

DORA L. ADKINS

  Plaintiff - Appellant

v.

DRIFTWOOD SPECIAL SERVICING, LLC

  Defendant - Appellee

_____

J U D G M E N T
_____

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK