FILED: April 28, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1118
(1:22-cv-00109-AJT-IDD)
_____

DORA L. ADKINS

      Plaintiff - Appellant

v.

DRIFTWOOD SPECIAL SERVICING, LLC

      Defendant - Appellee

_____

TEMPORARY STAY OF MANDATE
_____

    Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*