FILED: May 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1118
(1:22-cv-00109-AJT-IDD)
_____

DORA L. ADKINS

      Plaintiff - Appellant

v.

DRIFTWOOD SPECIAL SERVICING, LLC

      Defendant - Appellee

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk