FILED: May 31, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1118
(1:22-cv-00109-AJT-IDD)
_____

DORA L. ADKINS

    Plaintiff - Appellant

v.

DRIFTWOOD SPECIAL SERVICING, LLC

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered April 19, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*